KELLER / ANDERLE LLP
Jennifer L. Keller (SBN 84412)
jkeller@kelleranderle.com
Chase A. Scolnick (SBN 227631)
cscolnick@kelleranderle.com
Jay P. Barron (SBN 245654)
jbarron@kelleranderle.com
18300 Von Karman Ave., Suite 930
Irvine, California 92612
Tel.: (949) 476-8700

*Counsel for Moving Party Kevin Spacey Fowler a/k/a Kevin Spacey*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SPACEY FOWLER a/k/a KEVIN SPACEY, | Case No. 2:22-mc-00030 |
| Moving Party, | *Pending in the Southern District of New York, Case No. 1:20-cv-09586-LAK* |
| v. | **DECLARATION OF CHASE A. SCOLNICK IN SUPPORT OF MOVING PARTY'S PORTION OF THE JOINT STIPULATION REGARDING DISPUTE OVER DEPOSITION OF ADAM VARY AND SUBPOENA FOR PRODUCTION OF DOCUMENTS** |
| ADAM VARY | |
| Responding Party. | |
| | Judge: TBD |
| | Hearing Date: March 2, 2022 |
| | Hearing Time: 9:30 a.m. |
| | Discovery Cutoff Date: January 18, 2022 |
| | Pretrial Conference Date: N/A |
| | Trial Date: February 18, 2022 |

I, CHASE A. SCOLNICK, declare under penalty of perjury, as follows:

1. I am an attorney duly licensed by the State of California and am submitted to practice before this Court. I am also a partner of Keller / Anderle LLP, attorney for moving party Kevin Spacey Fowler a/k/a Kevin Fowler ("Mr. Fowler") in this proceeding and in *Rapp v. Fowler* pending in the Southern District of New York ("New York Action"). This declaration is made in support of Mr. Fowler's portion of the Joint Stipulation Regarding Dispute Over Deposition of Adam Vary ("Mr. Vary") and Subpoena for Production of Documents.

2. Adam Vary was deposed in the New York Action on December 16, 2021. I took the deposition. A focus of Mr. Vary's deposition was his discussion with Anthony Rapp, the plaintiff in the New York Action, in October 2017 when Mr. Rapp contacted Mr. Vary about doing a story about Mr. Rapp's allegations against Mr. Fowler. Mr. Vary's initial article on the subject was published by *Buzzfeed* on or about October 29, 2017. Mr. Vary also did a follow up story in 2018, which also was published by *Buzzfeed*.

3. Attached as **Exhibit 1** to this declaration is a true and correct copy of selected pages from the Reporter's Transcript of the Deposition of Adam Vary taken in the New York Action on December 16, 2021.

4. Besides deposition testimony, Mr. Fowler has also sought documents from Mr. Vary. I initially issued a subpoena seeking document from Mr. Vary on November 4, 2021. After a meet and confer with opposing counsel, and once Mr. Vary's deposition was set, I issued a second subpoena for records on December 6, 2021. Attached as **Exhibit 2** to this declaration is a true and correct copy records subpoena for Mr. Vary issued on December 6, 2021. Attached as **Exhibit 3** to this declaration is a true and correct copy of Mr. Vary's objections to that subpoena. In response to Mr. Vary's concern that the records subpoena was issued on letterhead from the Central District of California, I issued a records subpoena issued by the Southern District of New York and caused it to be served on Mr. Vary's and Mr.

1  Rapp's counsel.  Attached as **Exhibit 4** to this declaration is a true and correct copy
2  of the records subpoena for Mr. Vary issued and served on December 29, 2021 (the
3  "Records Subpoena").  The requests in the Records Subpoena were identical to those
4  in the prior subpoena, except that it dropped one request.  Attached as **Exhibit 5** to
5  this declaration is a true and correct copy of Mr. Vary's objections to the Records
6  Subpoena, which was served on or about January 12, 2022.

7        5.    Mr. Vary produced no documents at his deposition.  He produced only
8  two pages of text messages between him and Mr. Rapp's counsel in response to the
9  Records Subpoena or any of its prior iterations.

10       6.    Attached as **Exhibit 6** to this declaration is a true and correct copy of
11 letter from myself to Mr. Vary's counsel, Jean-Paul Jassy, dated December 29, 2021,
12 writing to meet and confer regarding his client's recent deposition and the subpoenas
13 directed to him.  My letter was made to initiate a meet and confer under C.D. Cal.
14 Local Rule 37-1.

15       7.    Attached as **Exhibit 7** to this declaration is a true and correct copy of a
16 January 5, 2022 letter from Mr. Vary's counsel in response to my December 29th
17 letter.

18       8.    Mr. Vary's counsel, Jean-Paul Jassy, and I telephonically met and
19 conferred on January 10, 2022.  We also had a further telephonic conference on
20 January 18, 2022.  We were unable to reach a resolution on those calls, thereby
21 necessitating this motion.

22       9.    Attached as **Exhibit 8** to this declaration is a true and correct copy of
23 selected pages from the Reporter's Transcript of the Deposition of Anthony Rapp
24 taken in the New York Action on February 3, 2021.

25       10.    Attached as **Exhibit 9** to this declaration is a true and correct copy of
26 selected pages from Anthony Rapp's Responses to Defendant's First Set of
27 Interrogatories, which were served in the New York Action on or about August 9,
28

2021 after the Court granted Mr. Fowler's motion to compel Mr. Rapp to provide substantive answer to those interrogatories.

I declare under penalty of perjury under the laws of State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of January, 2022, in Irvine, California

                                     */s/ Chase A. Scolnick*
                                     Chase A. Scolnick